**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) ) ) | **8:97CR186** |
| **vs.** | ) ) | **ORDER** |
| **ANTWAN MITCHEM,** | ) ) | |
| **Defendant.** | ) | |

Defendant Antwan Mitchem appeared before the court on Thursday, June 10, 2010 on an Amended Petition for Warrant or Summons for Offender Under Supervision [117]. The defendant was represented by Assistant Federal Public Defender Julie B. Hansen and the United States was represented by Assistant U.S. Attorney Martin J. Conboy, IV. Through his counsel, the defendant waived his right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1). The government moved for detention. However, the defendant is in state custody. Therefore, the government's oral motion for detention shall be held in abeyance.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Bataillon.

**IT IS ORDERED**:

1.     A final dispositional hearing will be held before Judge Joseph F. Bataillon in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **August 6, 2010 at 10:00 a.m.** Defendant must be present in person.

2.     The government's motion for detention pursuant to the Bail Reform Act, is held in abeyance pending the defendant's coming into federal custody.

3.     The U.S. Marshal is authorized to return the defendant to the custody of Nebraska state authorities pending the final disposition of this matter and the U.S. Marshal for the District of Nebraska is directed to place a detainer with the correctional officer having custody of the defendant.

DATED this 10th day of June, 2010.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge